IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR297-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONNELL ALEXANDER TAYLOR | ) | |
| | ) | |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate David C. Keesler, filed February 1, 2006. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 10 days after service of the memorandum. Defendant filed an objection on February 8, 2006.

After an independent and thorough review of the magistrate's memorandum, defendant's objections thereto, and a de novo review of the record, the Court concludes that the recommendation to deny defendant's Motion to Suppress is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted and defendant's Motion to Suppress is DENIED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: February 24, 2006

Graham C. Mullen
United States District Judge