IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR297

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONNELL ALEXANDER TAYLOR | ) | |
| | ) | |

This matter is before the court upon the defendant's motion to bifurcate the trial on Counts One and Two from Count Three. The government has objected and the court has reviewed the briefs on this motion. The court finds that joinder is proper under Rule 8(a) and that severance under Rule 14 is unnecessary. Any prejudicial effect a joint trial may have on the defendant is outweighed by the interests of judicial economy. Moreover, the government and the defendant have agreed to stipulate to the fact that the defendant has been previously convicted of a crime punishable by imprisonment of more than one year. This stipulation, combined with curative instructions from the court, will serve to neutralize any prejudicial effect.

IT IS THEREFORE ORDERED that defendant's Motion to Bifurcate is hereby DENIED.

Signed: June 28, 2006

Graham C. Mullen
United States District Judge