IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05-CR-297-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| DONNELL ALEXANDER TAYLOR, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To File Exhibit D Of Defendant's Motion For Reduced Sentence Under The First Step Act Of 2018 Under Seal" (Document No. 86) filed June 10, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Exhibit D contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To File Exhibit D Of Defendant's Motion For Reduced Sentence Under The First Step Act Of 2018 Under Seal" (Document No. 86) is **GRANTED**, and Exhibit D of Defendant's Motion for a Reduced Sentence under the First Step Act is sealed until further Order of this Court.

Signed: June 10, 2020

David C. Keesler
United States Magistrate Judge