UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:05-cr-00297-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| DONNELL ALEXANDER TAYLOR, | ) ORDER |
| Defendant. | ) |

THIS MATTER is before the Court on Defendant's Motion to Reduce Sentence Pursuant to the First Step Act (Doc. No. 87). Also before the Court is Defendant's pro se Motion for Modification of Term of Imprisonment (Doc. No. 83).

The Court hereby ORDERS the Government to respond to Defendant's motions. The Government shall have **sixty (60) days** from the date of this Order to file its response (addressing both motions) with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: June 10, 2020

Frank D. Whitney
United States District Judge